# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RODNEY L. WHITE

NO. 2025 KW 0387

**JUNE 16, 2025**

---

In Re:     Rodney L. White, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           02-99-0127.

---

**BEFORE:     McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

   **WRIT DENIED.**

                                        PMc
                                        HG
                                        TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT